UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **MELVIN JUNIS ALLEN** | **CIVIL ACTION** |
| **VERSUS** | **NO. 23-5928** |
| **CONSOLIDATED GOVERNMENT MEDICAL STAFF E.M.T. BILLIOT, NURSE** | **SECTION: D** |

## ORDER

The Court, having considered the Complaint (R. Doc. 4), the record, the applicable law, the Report and Recommendation of the United States Magistrate Judge (R. Doc. 10), and the failure of any party to file an objection to the Magistrate Judge's Report and Recommendation,[1] hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its opinion in this matter.

Accordingly,

**IT IS HEREBY ORDERED** that Plaintiff's federal civil rights claims are **DISMISSED WITH PREJUDICE** as frivolous and/or for failure to state a claim on which relief may be granted.

**IT IS FURTHER ORDERED** that Plaintiff's claims under state law, if any, are **DISMISSED WITHOUT PREJUDICE** to their being asserted in the state courts.

New Orleans, Louisiana, December 28, 2023.

_____
**WENDY B. VITTER**
**United States District Judge**

---

[1] The Court notes that the deadline to file objections to the Report and Recommendation was December 15, 2023.  R. Doc. 10.